# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| V. | SEALED CRIMINAL COMPLAINT |
| Hermes Ramsden Leal  PRINCIPAL  YOB: 1992 | Case Number: |
| United States | M-19-1753-M |

(Name and Address of Defendant)

*United States District Court*
*Southern District Of Texas*
*FILED*
*JUL 26 2019*
*David J. Bradley, Clerk*

**SEALED**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 24, 2019** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jordy Dalet Palacios-Garcia, a citizen of Honduras, along with one (1) other undocumented alien, for a total of two (2), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to another location near Roma, Texas, by motor vehicle.**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On July 24, 2019, Roma Police Officers requested the assistance of Border Patrol Agents to assist in a search for several subjects that bailed out from a vehicle near Roma, Texas.

Agents arrived on scene and a Roma Officers informed Agents that they had attempted to conduct a traffic stop on a dark gray Nissan Frontier due to Failure to Signal within the Required Distance. Officers stated that they had observed the driver, who they previously identified as Hermes Ramsden Leal, come to a stop but then sped off at a high rate of speed. Officers proceeded to follow the Frontier for approximately 1 mile before the vehicle came to a stop and all the passengers bailed out.

SEE ATTACHMENT

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved by: AUSA M. Redmond
7/26/19

Signature of Complainant

**Julio C. Peña**    **Border Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**July 26, 2019**                                                    at    **McAllen, Texas**
Date                                                                              City and State

**J Scott Hacker**,  **U. S. Magistrate Judge**
Name and Title of Judicial Officer                             Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-19-1753-M

**RE:    Hermes Ramsden Leal**

**CONTINUATION:**

Agents along with Department of Public Safety Troopers (DPS) searched the immediate area and discovered two male subjects attempting to hide in the brush. One of the male subjects was identified as Jordy Dalet Palacios-Garcia, who claimed to be a citizen of Honduras.

**MATERIAL WITNESS STATEMENTS:**
Jordy Dalet Palacios-Garcia was read his Miranda Rights. He understood and agreed to provide a sworn statement.

Palacios, a citizen of Honduras, stated he made his smuggling arrangements for $6,500. After crossing the river, Palacios stated the guide instructed them to cross a fence and go into a pink apartment complex and enter the apartment four doors down from where the washing machine was located outside. Palacios stated that they entered that apartment through a window and remained there for several hours. Palacios stated that a male subject then knocked, opened the window, and asked how many people were inside, to which they answered there was five inside the room. The male subject then instructed three people to get out of the room. Palacios recalled the male subject having partial facial hair, with glasses, with a sleeveless shirt, and shorts. Palacios stated that approximately 20 minutes later, the same male subject instructed them to enter another room that was approximately five steps away. Palacios stated he and the remaining UDA remained in the second room and they were instructed to wait for the load vehicle. Palacios stated that the male subject told them that the load vehicle would honk when it arrives outside and for them to get in. Palacios stated a black or gray Nissan pick-up truck subsequently honked outside. Palacios and the other UDA boarded the vehicle and was instructed by the driver to crouch down. Palacios stated that immigration began following them and the driver came to a stop, got out of the vehicle and instructed them to run. Records checks later revealed that the other UDA was a juvenile.

Palacios identified Hermes Ramsden Leal, through a photo lineup, as the male driver. Palacios described the driver as a male, with facial hair, heavy set, and short in stature.